IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MALCOM S. MOORE,

    Plaintiff,

v.                                        CASE NO.: 1:09cv30-SPM/AK

CSX TRANSPORTATION, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties' Stipulation of Dismissal (doc. 26) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 10th day of August, 2009.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          Chief United States District Judge